

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00488-CV |
| Style: | Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody |
| Date motions filed: | August 19, 2014 |
| Type of motions: | Motion for Pro Hac Vice Admission of Thomas J. Strueber and Don Jackson's Motion in Support of Pro Hac Vice Admission |
| Party filing motions: | Thomas J. Strueber and Don Jackson (Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's) |

Ordered that motion is:

☒ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed

☐ Other: _____

_____

_____

_____

Judge's signature: /s/ Jim Sharp
☑ Acting individually

Date: September 16, 2014